427 A.2d 648

**In re ESTATE of Elizabeth C. SEIBERLICH, Deceased.**

**Appeal of William C. SEIBERLICH, Jr.**

**No. 108.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1981.

Decided April 10, 1981.

Stewart J. Greenleaf, Norristown, for appellant.

Michael A. Paul, Media, for Mary A. Sullivan.

Marvin I. Block, Asst. Atty. Gen., for Commonwealth.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Appeal is quashed.